IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Meegin, Paul | Case Number: 08 B 01579 |
|---|---|---|
| | Meegin, Margaret | Judge: Goldgar, A. Benjamin |
| | Printed: 4/22/08 | Filed: 1/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cole Taylor Bank | Secured | 0.00 | 0.00 |
| 2. | Dovenmuehle Mortgage | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 5. | Dovenmuehle Mortgage | Secured | 59,000.00 | 0.00 |
| 6. | Cole Taylor Bank | Secured | 9,180.06 | 0.00 |
| 7. | Internal Revenue Service | Priority | 145,730.18 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 169.14 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 154.44 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 418.31 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 152.90 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 3,353.40 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 190.33 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 207.47 | 0.00 |
| 15. | Chase | Unsecured | | No Claim Filed |
| 16. | American Express | Unsecured | | No Claim Filed |
| 17. | Mercedes Benz Financial | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 218,556.23 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Meegin, Paul<br>Meegin, Margaret<br>Printed: 4/22/08 | Case Number:  08 B 01579<br>Judge:  Goldgar, A. Benjamin<br>Filed:  1/24/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

